| | |
|---|---|
| 1 | MILBERG WEISS BERSHAD |
|   | HYNES & LERACH LLP |
| 2 | WILLIAM S. LERACH (68581) |
|   | THOMAS E. EGLER (189871) |
| 3 | 401 B Street, Suite 1700 |
|   | San Diego, CA 92101 |
| 4 | Telephone: 619/231-1058 |
|   | 619/231-7423 (fax) |
| 5 | - and - |
|   | PATRICK J. COUGHLIN (111070) |
| 6 | RANDI D. BANDMAN (145212) |
|   | SYLVIA WAHBA (197612) |
| 7 | ELI R. GREENSTEIN (217945) |
|   | 100 Pine Street, Suite 2600 |
| 8 | San Francisco, CA 94111 |
|   | Telephone: 415/288-4545 |
| 9 | 415/288-4534 (fax) |
| 10 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re APPLE COMPUTER, INC. SECURITIES LITIGATION | ) Master File No. C-01-3667-CW |
| | ) CLASS ACTION |
| This Document Relates To: | ) DECLARATION OF ELI R. GREENSTEIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CONSOLIDATED COMPLAINT |
| ALL ACTIONS. | |
| | DATE: July 11, 2003 |
| | TIME: 10:00 a.m. |
| | COURTROOM: The Honorable Claudia Wilken |

I, ELI R. GREENSTEIN, declare as follows:

1.  I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Milberg Weiss Bershad Hynes & Lerach LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  Attached are true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit 1: | An AppleCare Knowledge Base document entitled "Power Mac G4 Cube: Correct Position for Adequate Cooling"; |
| Exhibit 2: | An Apple press release dated July 19, 2000 entitled "Apple Debuts New Power Mac G4s with Dual Processors"; |
| Exhibit 3: | An Apple "Media Alert" press release announcing the date and time of Apple's third quarter 2000 earnings conference call; |
| Exhibit 4: | A Securities and Exchange Commission press release entitled "After-Hours Trading: Understanding the Risks"; |
| Exhibit 5: | A transcription of Apple's conference call held on July 18, 2000; |
| Exhibit 6: | *In re Ventro Corporation Securities Litigation*, Master File No. C 01-1287 SBA, Order (N.D. Cal. March 31, 2003); |
| Exhibit 7: | *In re Tut Systems, Inc. Securities Litigation*, No. C 01-02659 CW, Order Granting in Part and Denying in Part Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint and Granting Leave to Amend (N.D. Cal. Aug. 15, 2002); and |
| Exhibit 8: | *In re U.S. Aggregates, Inc. Securities Litigation*, No. C 01-1688 CW, Order Denying Defendants' Motions to Dismiss (N.D. Cal. Jan. 24, 2003); and |
| Exhibit 9: | Declaration of Charles Meadows, Jr. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 1st day of May, 2003, at San Francisco, California.

/s/ Eli R. Greenstein
ELI R. GREENSTEIN

G:\Cases-SF\Apple-01\CMB81067.dec

DECL OF ELI R. GREENSTEIN IN SUPPORT OF PLTFS' OPP TO DEFS' MTN TO DISMISS
FIRST AMENDED CONSOLIDATED COMPLAINT- C-01-3667-CW         - 1 -

DECLARATION OF SERVICE BY FACSIMILE
PURSUANT TO NORTHERN DISTRICT LOCAL RULE 23-2(c)(2)

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Francisco, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 100 Pine Street, 26th Floor, San Francisco, California 94111.

2. That on May 1, 2003, declarant served by facsimile the DECLARATION OF ELI R. GREENSTEIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CONSOLIDATED COMPLAINT [without Exhibits 1 through 8] to the parties listed on the attached Service List. This document was also served by Federal Express [with Exhibits 1 through 8] on May 1, 2003.

This document was forwarded to the following designated Internet site at:

**http://securities.milberg.com**

3. That there is a regular communication by facsimile between the place of origin and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of May, 2003, at San Francisco, California.

/s/ Carolyn Burr
Carolyn Burr

DECL OF ELI R. GREENSTEIN IN SUPPORT OF PLTFS' OPP TO DEFS' MTN TO DISMISS
FIRST AMENDED CONSOLIDATED COMPLAINT- C-01-3667-CW

1  APPLE 01
   Service List - 5/01/2003
2  Page 1 of 1

3  **Counsel For Defendant(s)**

4  Robert C. Vanderet                 George A. Riley
   Seth M. Aronson                  O'Melveny & Myers LLP
5  O'Melveny & Myers LLP            275 Battery Street, Suite 2600
   400 South Hope Street, Suite 1060    San Francisco, CA 94111-3305
6  Los Angeles, CA 90071-2899        415/984-8700
    213/430-6000                       415/984-8701(Fax)
7    213/430-6407(Fax)

8  **Counsel For Plaintiff(s)**

9  Edwin A. Ebisui, Jr.                  William S. Lerach
   Law Office of Edwin A. Ebisui, Jr.     Thomas E. Egler
10 410 Kilani Street, Suite 211          Milberg Weiss Bershad Hynes & Lerach LLP
   Wahiawa, HI 96786               401 B Street, Suite 1700
11   808/622-3933                    San Diego, CA 92101-5050
    808/621-6208(Fax)               619/231-1058
12                                        619/231-7423(Fax)

13 Randi D. Bandman
   Milberg Weiss Bershad Hynes & Lerach LLP
14 100 Pine Street, Suite 2600
   San Francisco, CA 94111-5238
15   415/288-4545
    415/288-4534(Fax)

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL OF ELI R. GREENSTEIN IN SUPPORT OF PLTFS' OPP TO DEFS' MTN TO DISMISS
FIRST AMENDED CONSOLIDATED COMPLAINT- C-01-3667-CW            - 3 -